# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **RIGHTQUESTION, LLC,**<br><br>　　　　Plaintiff,<br><br>vs.<br><br>**SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC.,**<br><br>　　　　Defendants. | Civil Action No. 2:21-cv-00238-JRG<br><br>**JURY TRIAL**<br><br>**FILED UNDER SEAL** |

**NOTICE REGARDING RIGHTQUESTION'S AMENDED INFRINGEMENT CONTENTIONS AND SAMSUNG'S AMENDED INVALIDITY CONTENTIONS**

In RightQuestion's Response to Samsung's Motion to Strike, RightQuestion informed the Court that it intended to file a motion for leave to supplement its infringement contentions on or before April 4, 2022 and that Samsung planned to oppose RightQuestion's proposed supplementation. *See* Dkt. 68 at n.1. On April 1, 2022, the parties met and conferred regarding RightQuestion's proposed supplement and Samsung's supplemental invalidity contentions, and the parties are continuing to work to narrow the scope of their dispute.

To give the parties more time to narrow and possibly resolve the issues, RightQuestion now intends to file a motion for leave to supplement its infringement contentions consistent with Paragraph 3(a)(i) of the Court's Discovery Order by April 11, 2022.

1

| | |
|---|---|
| Dated: April 1, 2022. | **MCKOOL SMITH, P.C.** |
| | |
| | */s/ Joshua W. Budwin* |
| | Joshua W. Budwin |
| | Texas State Bar No. 24050347 |
| | jbudwin@mckoolsmith.com |
| | R. Mitch Verboncoeur |
| | Texas State Bar No. 24105732 |
| | mverboncoeur@McKoolSmith.com |
| | George T. Fishback, Jr. |
| | Texas State Bar No. 24120823 |
| | gfishback@McKoolSmith.com |
| | Caroline Burks |
| | cburks@McKoolSmith.com |
| | **MCKOOL SMITH, P.C.** |
| | 303 Colorado Street Suite 2100 |
| | Austin, TX 78701 |
| | Telephone: (512) 692-8700 |
| | Telecopier: (512) 692-8744 |
| | |
| | Richard A. Kamprath |
| | Texas State Bar No. 24078767 |
| | rkamprath@McKoolSmith.com |
| | **MCKOOL SMITH, P.C.** |
| | 300 Crescent Court, Suite 1500 |
| | Dallas, TX 75201 |
| | Telephone: (214) 978-4210 |
| | Telecopier: (214) 978-4044 |
| | |
| | Jennifer L. Truelove |
| | Texas State Bar No. 24012906 |
| | jtruelove@mckoolsmith.com |
| | **MCKOOL SMITH, P.C.** |
| | 104 East Houston Street, Suite 300 |
| | Marshall, TX 75670 |
| | Telephone: (903) 923-9000 |
| | Facsimile: (903) 923-9099 |
| | |
| | ATTORNEYS FOR Plaintiff |
| | RIGHTQUESTION, LLC |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on April 1, 2022.

/s/ *Joshua W. Budwin*
Joshua W. Budwin

4881-1978-3449