# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **RIGHTQUESTION, LLC,**<br><br>  Plaintiff,<br><br>  v.<br><br>**SAMSUNG ELECTRONICS CO., LTD., AND SAMSUNG ELECTRONICS AMERICA, INC.,**<br><br>  Defendants. | Civil Action No. 2:21-cv-00238<br><br><br><br>JURY TRIAL |

## JOINT NOTICE REGARDING MEDIATION

Plaintiff RightQuestion, LLC's ("Plaintiff" or "RightQuestion") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. ("Defendants" or "Samsung") provide this joint notice to the Court regarding mediation as required by the Docket Control Order. The Parties agree that mediation would be beneficial in this case. The Parties have agreed to mediate with Karl Bayer and are working with Mr. Bayer on dates for a mediation in May or June of 2022. The Parties will update the Court on the outcome of the mediation.

Dated: May 3, 2022                                    **MCKOOL SMITH, P.C.**


/s/ Joshua W. Budwin
Joshua W. Budwin
Texas State Bar No. 24050347
jbudwin@mckoolsmith.com
R. Mitch Verboncoeur
Texas State Bar No. 24105732
mverboncoeur@McKoolSmith.com
George T. Fishback, Jr.
Texas State Bar No. 24120823
gfishback@McKoolSmith.com
Caroline Burks
cburks@McKoolSmith.com
**MCKOOL SMITH, P.C.**
303 Colorado Street Suite 2100
Austin, TX 78701
Telephone: (512) 692-8700
Telecopier: (512) 692-8744

Richard A. Kamprath
Texas State Bar No. 24078767
rkamprath@McKoolSmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court, Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4210
Telecopier: (214) 978-4044

Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston Street, Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

ATTORNEYS FOR PLAINTIFF
RIGHTQUESTION, LLC

**O'MELVENY & MYERS LLP**

<u>/s/Marc J. Pensabene</u>

Ryan K. Yagura (Tex. Bar No. 24075933)
ryagura@omm.com
Nicholas J. Whilt (Cal. Bar No. 247738)
nwhilt@omm.com
**O'MELVENY & MYERS LLP**
400 S. Hope Street
Los Angeles, CA 90071
Telephone: 213-430-6000
Facsimile: 213-430-6407

Marc J. Pensabene (N.Y. Bar No. 2656361)
mpensabene@omm.com
**O'MELVENY & MYERS LLP**
7 Times Square
New York, NY 10036
Telephone: 212-326-2000
Fascimile: 212-326-2061

Bo K. Moon (Cal. Bar No. 268481)
bmoon@omm.com
**O'MELVENY & MYERS LLP**
610 Newport Center Dr 17FL
Newport Beach, CA 92660
Telephone: 949-823-7972
Facsimile: 213-430-6407

Melissa R. Smith (Tex. Bar No. 24001351)
melissa@gillamsmith.com
**GILLIAM & SMITH, LLP**
303 South Washington Avenue
Marshall, TX 75670
Telephone: 903-934-8450
Facsimile: 903-934-9257

ATTORNEYS FOR DEFENDANTS
SAMSUNG ELECTRONICS, CO., LTD.
AND SAMSUNG ELECTRONICS
AMERICA, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on May 3, 2022.

/s/ *Joshua W. Budwin*
Joshua W. Budwin

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that pursuant to Local Rules CV-7(h) and (i), counsel for the parties conferred, and jointly agree to the relief.

/s/ *Joshua W. Budwin*
Joshua W. Budwin

4857-6230-0446